UNITED STATES of America,
Plaintiff–Appellee,

v.

Reginald Darwin MORTON, a/k/a Jay,
a/k/a Boogie, a/k/a Jason, a/k/a No-
vacaine, Defendant–Appellant.

No. 14–7652.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 21, 2015.

Reginald Darwin Morton, Appellant Pro Se. Jennifer R. Bockhorst, Zachary T. Lee, Assistant United States Attorneys, Mary Kathleen Carnell, Office of the United States Attorney, Abingdon, Virginia, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Darwin Morton appeals the district court's order denying his Fed. R.Crim.P. 33 motion for a new trial and motion for recusal of the district court judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Morton,* No. 1:08–cr–00024–JPJ–PMS–14 (W.D.Va. Oct.

24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*